**EPSTEIN & WEIL, LLC**
ATTORNEYS AT LAW                                                                                               (212) 732-4888

225 Broadway                                                                                                  **LLOYD EPSTEIN**
New York, New York 10007                                                                              **JUDITH H. WEIL**

July 16, 2014

**VIA ECF**
Hon. Eric N. Vitaliano
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

        **Re: United States v. John Doe**
          **Criminal Docket No. 13-28 (ENV)**

Dear Judge Vitiliano:

  This is to request an adjournment from July 18 to July 25, 2014. I have spoken to AUSA Alexander A. Solomon who consents to this adjournment. I agree to the exclusion of time under the Speedy Trial Act.

  We have reached an agreement with the government as to the disposition of the case, but I am unable to be in court this Friday. I am scheduled to begin trial tomorrow before Judge Hellerstein in Southern District in *United States v. Regina Lewis*, Dkt. No. 12-CR-655 (AKH). The trial should last no more than three days.

  Please feel free to have your Chambers contact me if you have any questions.

               Sincerely,

               Lloyd Epstein

LE:pc

cc. AUSA Alexander A. Solomon
   Samuel Gregory, Esq.
   (Via ECF)